Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-453-706**

**Effective Date of Registration:**
May 02, 2025

**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Pembroke Corgi

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 17, 2016
**Nation of 1st Publication:** Australia

## Author

- **Author:** Winnie Rosaline Kan
  **Author Created:** 2-D artwork
  **Citizen of:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Winnie Rosaline Kan
Jl. Mangga II E 259B, Pondok Tjandra, Tambaksumur, Waru, Sidoarjo, 61256, Indonesia

## Rights and Permissions

**Name:** Winnie Rosaline Kan
**Email:** pawlovearts@gmail.com
**Address:** Jl. Mangga II E 259B, Pondok Tjandra, Tambaksumur, Waru
Sidoarjo 61256 Indonesia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025

Page 1 of 2

Applicant's Tracking Number: WK2025050104



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-708**

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025



## Title

    **Title of Work:** Siberian Husky

## Completion/Publication

    **Year of Completion:** 2015
    **Date of 1st Publication:** December 11, 2015
    **Nation of 1st Publication:** United States

## Author

    ●   **Author:** Winnie Rosaline Kan
    **Author Created:** 2-D artwork
    **Citizen of:** Indonesia

## Copyright Claimant

    **Copyright Claimant:** Winnie Rosaline Kan
    Jl. Mangga II E 259B, Pondok Tjandra, Tambaksumur, Waru, Sidoarjo, 61256, Indonesia

## Rights and Permissions

    **Name:** Winnie Rosaline Kan
    **Email:** pawlovearts@gmail.com
    **Address:** Jl. Mangga II E 259B, Pondok Tjandra, Tambaksumur, Waru
    Sidoarjo 61256 Indonesia

## Certification

    **Name:** David Denholm
    **Date:** May 02, 2025

Applicant's Tracking Number: WK2025050105



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-704**

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025



## Title

| | |
|---|---|
| **Title of Work:** | Dwarfie |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 27, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Winnie Rosaline Kan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Indonesia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Winnie Rosaline Kan |
| | Jl. Mangga II E 259B, Pondok Tjandra, Tambaksumur, Waru, Sidoarjo, 61256, Indonesia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Winnie Rosaline Kan |
| **Email:** | pawlovearts@gmail.com |
| **Address:** | Jl. Mangga II E 259B, Pondok Tjandra, Tambaksumur, Waru |
| | Sidoarjo 61256 Indonesia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 02, 2025 |

Page 1 of 2

**Applicant's Tracking Number:** WK2025050102

