**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WINNIE ROSALINE KAN,

    Plaintiff,                                            Case No.: 1:26-cv-01245

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | NIxux |
| 2 | YUN YI SHANG MAO |
| 3 | Longwuny |
| 4 | YangRichYang |
| 5 | foshanshicuipenggengshangmaoyouxiangongsi |
| 6 | TU KOI SHOP222222 |
| 7 | TangShanRenYingShangMao |
| 8 | BEIBEEe |
| 9 | liyanuq |
| 10 | VIỆT HOÀNG SHOP22334455 |
| 11 | TUẤN HUY KUNGFU BANDA TORO KIRISHY SHOP8885555 |
| 12 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 13 | TRANGSHOPBLILY |
| 14 | ZhuZhouXieSuShangMaoYouXianGongSi |
| 15 | wwensc |
| 16 | ZhuShiHuang2025 |
| 17 | 海冯边玩具 |
| 18 | GuangZhouJieQianMaoYiYouXianGongSi |
| 19 | WBBMXC |
| 20 | Beatri |
| 21 | Xueymao |
| 22 | LJLJ |

| 23 | XUEJUZI |
|---|---|
| 24 | mengjie2023008 |
| 25 | FNGEEN |
| 26 | WUUPCKY |
| 27 | Zhuoerfei |
| 28 | Liraitoya |
| 29 | Spmike Offsucc |
| 30 | ArRuKi KIDS |
| 31 | Hi LOONS |
| 32 | dioskk |
| 33 | Fannaeytu |
| 34 | Markioct |
| 35 | NONETH-US |
| 36 | Kensonstore |
| 37 | yongkangshishushidianzishanwuyouxiangongsi |
| 38 | chilaishangmao |
| 39 | Cuxnoo |
| 40 | SHXSTORE |
| 41 | NORKOBAY STORE |
| 42 | WCNMGBD |
| 43 | uimchwp |
| 44 | PhamTHuyS209 |
| 45 | HGold Store |
| 46 | dongguanshidashixincailiaokejiyouxiangongsi |
| 47 | 车贤饰内店 |
| 48 | LLIANHH |
| 49 | Tie Fa Shi Ye |
| 50 | hongfajiadian |
| 51 | shenzhenshidepuhuikejiyou |
| 52 | xuchangdingxiazhuangshigongcheng |
| 53 | luoheminfushangmaoyou |
| 54 | ZhuZhouHuanMiaoShangMaoYouXianGongSi |
| 55 | difeijiashengtaihuanjingkeji |
| 56 | taihexianbaochuanmingnongyejiating |
| 57 | 室厨垫品 |
| 58 | Putianshidipeimaoyiyouxiangongsi |
| 59 | 金华市淑徵服饰有限公司 |

| 60 | heyuanzhangmaifuzhuang |
|---|---|
| 61 | LiAn GZiHao |
| 62 | dongguanshijinhonggongyipin |
| 63 | ChangShaJuBaiYeMaoYiYouXianGongSi |
| 64 | Venxieysi |
| 65 | Duludulu |
| 66 | Moltby-US |
| 67 | JuuaYer |
| 68 | GureJion |
| 69 | xiongleidian |
| 70 | AINEEDY |
| 71 | MUQU Direct |
| 72 | Bo Ruo Sheng |
| 73 | Hoirt |
| 74 | HeFeiWeiQin |
| 75 | jiningshimayuanfeidianzi |
| 76 | STINO |
| 77 | Cool Nine |
| 78 | FUNWING PARTY SUPPLIES |
| 79 | WTIANJIAO |
| 80 | OTYSLIU |
| 81 | BestTattoos |
| 82 | PUYA |
| 83 | 益阳市赫山区莲良商贸有限公司 |
| 84 | wanliangwanhu |
| 85 | Seecker H&K |
| 86 | Linmaya US |
| 87 | Yaveron |
| 88 | Mortd |
| 89 | SIYUCR-US |
| 90 | LoveforYou.INC |
| 91 | wen xiao shangmao company limited |
| 92 | Zhihuidianzi |
| 93 | Zhongruixin Store |
| 94 | jiningshigepeipei |
| 95 | Yan Jie2024 |
| 96 | Dependon |

| | |
|---|---|
| 97 | starfa lab |
| 98 | RuiJinHuan |
| 99 | LiQunSweet |
| 100 | Glimmery |
| 101 | Qimbytar |
| 102 | Lily and Tiger |
| 103 | sunxiaolingstoer |
| 104 | Yalexqiu |
| 105 | Lunzo |
| 106 | SSNLNBF |
| 107 | Tcoolgroup |
| 108 | Hjugp-us |
| 109 | Framendino |
| 110 | LILIHS |
| 111 | DSHRTB |
| 112 | WASHBO |
| 113 | MAQIYI |
| 114 | GERYUE |
| 115 | Cotrida |
| 116 | simailestore |
| 117 | baiheyi |
| 118 | Jiahome |
| 119 | quanzhoushichenxiaoguangmaoyiyouxiangongsi |
| 120 | bangruimaoyi |
| 121 | lilamaoyi |
| 122 | Athenstics Stainless steel cup |
| 123 | PanKo Shop |
| 124 | rongtangmaoyi |
| 125 | Tapesb |
| 126 | FeiSu Shop |
| 127 | RSmaoyi12 |
| 128 | Yue Cheng Tuo Co., Ltd. |
| 129 | The Berea Company |
| 130 | Mayfly Island Company |
| 131 | Jinyang Trading Co., Ltd. |
| 132 | Lucksign Better Home |
| 133 | Yip King Trading Co., Ltd. |
| 134 | Mr chen |

| | |
|---|---|
| 135 | wanghanjie |
| 136 | HAIYAN STORE |
| 137 | Rongxk home.CC |
| 138 | CANYISTORE |
| 139 | junhongshop |
| 140 | zhengzheshangmao |
| 141 | wuhai |
| 142 | Handied |
| 143 | HENG LIU |
| 144 | NETHOMEWOODS |
| 145 | Danzhou |
| 146 | Coqx Skin Care |
| 147 | JKKJ Co., Ltd |
| 148 | DaWei |
| 149 | qinxiangshangmao |
| 150 | Eunoiayd |
| 151 | AmeriDeals |
| 152 | KaiL-US |
| 153 | MingXuKaiZe |
| 154 | XINLANER |
| 155 | yilishop |
| 156 | CHAOYUNYI |
| 157 | RUGED STORE |
| 158 | changshashidaofeiyang |
| 159 | YuZhouShiSheng |
| 160 | SEHNG JU |
| 161 | CAIJIE Home textilesQ |
| 162 | Kinds sticker |
| 163 | ZYCGTRS |
| 164 | ModiFavor |
| 165 | HAMA sticker |
| 166 | XN Sticker |
| 167 | SINGG sticker |
| 168 | Terra WishShape |
| 169 | QI PU Shop |
| 170 | LuckyYouHH |
| 171 | MFZQ |
| 172 | Yayadou Jewelry |

| | |
|---|---|
| 173 | FanYuBao |
| 174 | Artist Word |
| 175 | Arts Gift |
| 176 | Home Nap Blanket |
| 177 | Keveloya |
| 178 | TQ OneLinePOD |
| 179 | DOG AND COFFEE |
| 180 | Snap Sticker |
| 181 | Hhmmj |
| 182 | JRL Home and Living |
| 183 | JRL Office and Stationary |
| 184 | ERRFGSDD |
| 185 | XGOPTICS |
| 186 | Happy healthy and lucky |
| 187 | LI AO Cancer sign |
| 188 | GG Warm Home |
| 189 | Funny personality car stickers |
| 190 | Rapid Creativity |
| 191 | GEEK TWELVE |
| 192 | SGHAUTS |
| 193 | chchjhcv |
| 194 | kenqianaseven |
| 195 | DanLingJewelry |
| 196 | SY Jewelry A |
| 197 | XhTech |
| 198 | Sticker Decoration shop |
| 199 | ZASQ |
| 200 | KING CRAFT |
| 201 | Zunyaoshop Spring |
| 202 | XXAccessories |
| 203 | ANAN wishcard |
| 204 | MANMAN STICKERS |
| 205 | PellyPiggy |
| 206 | Awesome Selection Crocharms |
| 207 | Ximinz |
| 208 | XIAOCHEN GIFT SHOP |
| 209 | MIOO CRAFT SHOP |
| 210 | POCAROLGU |

| | |
|---|---|
| 211 | FRIEND CHARMS |
| 212 | BubbleBubble |
| 213 | IPjewelry |
| 214 | white tea sticker |
| 215 | MOLYFEIR SHOP |
| 216 | kjaskljfa |
| 217 | Sweatshirt e |
| 218 | jianglong |
| 219 | LIUYIWENG |
| 220 | YEESACG STICKER |