### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

WINNIE ROSALINE KAN,

     Plaintiff,

v.

YEESACG STICKER,

     Defendant.

Case No.: 1:26-cv-01245

Judge Franklin U. Valderrama

Magistrate Judge M. David Weisman

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Amended Schedule A

[12] of the Complaint.

| No. | Defendant |
|-----|-----------|
| 1 | YEESACG STICKER |

This terminates the action.

DATED: March 25, 2026

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**